# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131488

RODERICK DHUE,
      Plaintiff-Appellant,

v

KASLE STEEL CORPORATION,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131488
COA: 266818
WCAC: 04-000340

On order of the Court, the application for leave to appeal the May 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

t0918